AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

**v.**

PEDRO ALBERTO MIRANDA A/K/A TAVO

To:  The United States Marshal
     and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

2004 M 0500 RBC-02

YOU ARE HEREBY COMMANDED to arrest _____ PEDRO ALBERTO MIRANDA A/K/A TAVO
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of
Title _____ 21 _____ United States Code, Section(s) 846, 841 (a)(1) _____

ROBERT B. COLLINGS
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer  10:45 pm
10-14-2004    BOSTON, MA
Date and Location  North Reading, Massachusetts

Bail fixed at $ _____                                    by _____
                                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.