JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number    2004-M-00501-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____    Juvenile  ☐ Yes    ☒ No

Alias Name  REY _____

Address  235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only): 1978  SSN (last 4 #): _____ Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**  Carl Donaldson, Esq. _____  **Address:** 11 Beacon Street, Suite 600 _____
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____  **Bar Number if applicable** 568116

**Interpreter:**  ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____  in  Plymouth House of Correction _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  NOVEMBER 10, 2004**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     REYNALDO RIVERA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number 2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ENRIQUE AGOSTO _____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address 1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only): 1964 SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** Cathy Byrne, Esq. _____    **Address:** 408 Atlantic Avenue, 3ʳᵈ Floor
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004 _____

☒ Already in Federal Custody as October 15, 2004 in Plymouth House Of Correction .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ENRIQUE AGOSTO _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JOSE TORRADO_____  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Lenore M. Glaser, Esq._____  **Address:** _25 Kingston Street_____
_Boston, MA 02111_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116_

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____ in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **NOVEMBER 10, 2004**     Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE TORRADO** _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

☙JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number    2004-M-00503-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS SANCHEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   CARLITOS _____

Address   270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982   SSN (last 4 #):  _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Tony Scola, Esq. _____    **Address:** 47 Harvard Street
Worcester, MA 02609

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   October 15, 2004 _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** Judge Collings   **on** November 3, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  NOVEMBER 10, 2004    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City _Lowell/.Fitchburg/Leominster_    **Related Case Information:**

County _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _____
                                Same Defendant _____    New Defendant _____
                                Magistrate Judge Case Number _2004-M-00500-RBC_____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _PITO_____

Address _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): _1974_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Sean T. Delaney, Esq._____    **Address:** _228 Central Street_____
                                                                    _Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by _Judge Collings____ on _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: **NOVEMBER 10, 2004**    Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                             **U.S. District Court - District of Massachusetts**

Place of Offense: _____ Category No. _I_____ Investigating Agency _DEA_____

City _Lowell/Fitchburg/Leominster____ **Related Case Information:**

County __MIDDLESEX/WORCESTER__ Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number ___2004-M-00500-RBC____
Search Warrant Case Number ___2004-M-00504-RBC____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _EDWIN TORREZ_____ Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): _1965_ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

Defense Counsel if known: _Victoria Bonilla-Argudo, Esq._ Address: _77 Central Street, 2nd Floor_
_Boston, MA 02109_

Bar Number: _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____ Bar Number if applicable _568116_

Interpreter: ☒ Yes ☐ No        List language and/or dialect: _SPANISH_

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _Judge Collings_____ on _October 21, 2004_

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1___

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _NOVEMBER 10, 2004_    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     **EDWIN TORREZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER___    Superseding Ind./ Inf. _____    Case No. _____
                                      Same Defendant _____ New Defendant _____
                                      Magistrate Judge Case Number _2004-M-00500-RBC_____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JOSE RODRIGUEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**  _Valerie S. Carter, Esq._____    **Address:** _530 Atlantic Avenue_____
                                                                   _Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☒ Yes ☐ No        List language and/or dialect:        _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  NOVEMBER 10, 2004**    Signature of AUSA: _Denise O. Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE RODRIGUEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** 1 _____   **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | 2004-M-00500-RBC |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  ZULEIMA REYES _____   Juvenile  ☐ Yes  ☒ No

Alias Name  LINDA _____

Address  10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only): 1979  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**  John D. Hodges, Esq. _____   **Address:** 1360 Main Street _____
                                                                          Tewksbury, MA 01876

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   **Bar Number if applicable** 568116 _____

**Interpreter:**  ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:**  October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004  in  FCI _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  NOVEMBER 10, 2004**   **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ZULEIMA REYES _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _SANTIAGO ARROYO_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    ☐ Yes    ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  NOVEMBER 10, 2004    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO _____

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency __DEA__

City __Lowell/Fitchburg/Leominster__   **Related Case Information:**

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __2004-M-00509-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of __Eastern District of New York__

**Defendant Information:**

Defendant Name __JUAN NUNEZ__   Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: _____ Nationality: _____

Defense Counsel if known:   __Roger Witkins, Esq.__   Address: __6 Beacon Street, Suite 1010__
**Bar Number:** _____                                __Boston, MA 02108__

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER__   Bar Number if applicable __568116__

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __SPANISH__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __October 15, 2004__

☒ Already in Federal Custody as __October 15, 2004__ in __Plymouth House of Correction__ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __NOVEMBER 10, 2004__   Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN NUNEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**