# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

*U. S*
_____

                                                    Check if previously referred

v.

*Julio Carrion Santiago, et al*                    CA/CR No. *04-10336-NMG*

                                                    Criminal Category  *I*

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge *Collings* for the following proceedings:

(A)      Referred for full pretrial case management, including all dispositive motions.

(B)      Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)      Referred for discovery purposes only.

(D)      Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings[1]
     See Documents Numbered: _____

(E)      Case referred for events only.  See Doc. No(s). _____

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)      Special Instructions:  *pretrial proceedings*

_____

*11-12-04*
_____
Date

By *Catherine M. Sawicki*
      Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

_____

[1]   See reverse side of order for instructions