UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 04-10336-NMG
JULIO SANTIAGO et al. )
Defendants )

**INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO
21 U.S.C. §851 REGARDING DEFENDANT PEDRO ALBERTO MIRANDA**

The United States Attorney charges that:

1. On or about January 25, 1999, PEDRO ALBERTO MIRANDA was convicted of manufacturing, distributing or dispensing a Class A controlled substance (to wit: heroin) in violation of Mass. Gen. L. 94C, §32 and possession of a controlled substance in a school zone in violation of Mass. Gen. L. 94C, §32J. A copy of the docket (Docket number 1997-00900) reflecting this judgment of conviction is attached hereto as Exhibit 1.

2. PEDRO ALBERTO MIRANDA has been named as a defendant in an Indictment numbered 04-10336-NMG. The Indictment charges that PEDRO ALBERTO MIRANDA did knowingly and intentionally combine, conspire and agree with the named co-defendants and other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance, and that the conspiracy involved at least one kilogram of a mixture and a substance containing a detectable amount of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

3. By way of this information, the government notifies PEDRO ALBERTO MIRANDA, that he is charged with committing the crime alleged in said indictment after having been previously convicted of the felony drug offenses as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>BY:
>
>_____
>DENISE JEFFERSON CASPER
>Assistant U.S. Attorney

Dated: December 2, 2004

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic mail and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 2nd day of December 2004.

>_____
>DENISE JEFFERSON CASPER
>ASSISTANT UNITED STATES ATTORNEY

1

**Possession Heroin with Intent**
C. 94C, §32

*ay Hoc*

# Commonwealth of Massachusetts

Middlesex, To Wit:

*stayed 3/15 at 900*

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of May in the year of our Lord one thousand nine hundred and Ninety-seven.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That **Pedro Miranda**

on or about the **28th** day of **March** in the year of our Lord one thousand nine hundred and Ninety-seven at **Lowell**, in the County of Middlesex aforesaid, **did knowingly or intentionally manufacture, distribute or dispense or possess with intent to manufacture, distribute or dispense a controlled substance as defined in Class A of Section Thirty-one of Massachusetts General Laws Chapter 94C, to wit: heroin or any salt thereof or any mixture containing heroin or any salt thereof.**

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

*Mary Guillemette*
Foreman of the Grand Jury.

*[signature]*
Assistant District Attorney

Superior Court                                May, Sitting, 19 97

2nd day - Returned by the Grand Jury and filed in Court

*Lucie B. Pasquale*
Assistant Clerk

97 - 900 - 001

ORIGINAL

Defendant is arraigned and pleads not guilty
Defendant is ordered to recognize
in the sum of $ 50,000 with surety
or $ 5000 cash.
Mittimus issued not recognizing.

1997, May 27
Continued until June 11, 1997

1997, June 11
Continued until July 11, 1997

1997, July 11
Continued until August 5, 1997

1997, August 7
After hearing, oral Motion
in Reduction of bail is Denied
by the Court
(Neel, J.)
Continued until August 27, 1997
Attest
Joseph Guilty
Dep Asst. Clerk
Non Evid. Motion

1997, August 27
Continued until September 25,
1997 for filing of Evidentiary
Motion(s)

1999 Jan 21
Trial By Jury

tog 1999 JAN 25
After Charge and before deliberation
Jurors Name and No.
7 Jennifer LaRose
12 Byron Basilia
Were withdrawn from panel, Ch.234A,§44
as amended
By the Court _____
(Neel, J.)    Asst Clerk

1999 Jan 25
Verdict of Guilty Bail
increased to $10,000 to cash.
Mitt. issued. Cont. to 3-1-99
sentence.

MISDEMEANOR
Failure to appear may result
in a fine of $1,000 and/or one
year in the House of Correction.

FELONY
Failure to appear may result in a
fine of $50,000 and/or 5 years in
a State Prison or 2½ years in the
House of Correction.

The Defendant ___
Open C___
a crime, w___
Revocation of bail

School Zone / Public Park
C. 94C, §32J

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of May in the year of our Lord one thousand nine hundred and Ninety-seven.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That **Pedro Miranda**

on or about the 28th day of **March** in the year of our Lord one thousand nine hundred and Ninety-seven at Lowell, in the County of Middlesex aforesaid, **did violate the provisions of section 32, 32A, 32B, 32C, 32D, 32E, 32F, or 32I while in or on, or within 1000 feet of the real property comprising a public or private elementary, vocational or secondary school whether or not in session, or within 100 feet of a public park or playground.**

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_____
Foreman of the Grand Jury.

_____
Assistant District Attorney.

Superior Court                              May, Sitting, 19 97

____ day - Returned by the Grand Jury and filed in Court

Lucie B. Pasquale
Assistant Clerk

97-900-002

ORIGINAL

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

# MICR1997-00900
## Commonwealth v Miranda, Pedro

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 05/07/1997 | **Status** | Disposed (appeal denied) (dapden) | | |
| **Status Date** | 04/12/2002 | **Session** | Z - Crim Z session 12A Camb | | |
| **Jury Trial** | Yes | **Origin** | I - Indictment | | |
| **Lead Case** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 05/27/1997 | **Track** | | **Final PTC** | |
| **Disp. Deadline** | 05/27/1998 | **Deadline Status** | Deadline active since return date | **Status Date** | 05/28/1997 |
| **Pro Se Deft** | No | **Custody Status** | | **Start Date** | |
| **Weapon** | | **Substance** | | **Prior Record** | Unknown |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 03/28/1997 | 094C:032:a | Guilty verdict | 01/25/1999 |
| | Class A subsntc, distrib/manufac | | | |
| 2 | 03/28/1997 | 094C:032J | Guilty verdict | 01/25/1999 |
| | Controlled substnc, school property | | | |
| 3 | 03/28/1997 | 268:032:B | Not guilty finding | 01/25/1999 |
| | Resisting a police officer making a lawful arrest | | | |

### PARTIES

**Defendant**
Pedro Miranda
Gender: Male
Active 05/07/1997

**Public Counsel 637269**
Michael Bedard
26 South Main Street
Suite 178
Concord, NH 03301
Phone: 603-225-9944
Fax: 603-225-9993
Active 11/30/1999

**Private Counsel 636580**
Josef J D Gazzola
2 Summer Street
Suite 33
Natick, MA 01760
Phone: 508-651-1051
Fax: 508-651-1024
Dismissed 11/30/1999

**Plaintiff**
Commonwealth
Gender: Unknown
Active 05/07/1997

**District Atty's Office 555589**
James E Tamagini Jr
133 Merrimack Street
Lowell, MA 01852
Phone: 978-970-1046
Fax: 978-970-1047
Active 05/27/1997 Notify

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1997-00900
## Commonwealth v Miranda, Pedro

| | |
|---|---|
| | **District Atty's Office 552782**<br>Stephen V Loughlin<br>Middlesex County District Atty's Office<br>151 Warren Street<br>Suite 100<br>Lowell, MA 01852<br>Phone: 978-458-4440<br>Fax: 978-452-1404<br>Active 01/21/1999 Notify |
| **Out-of-state attorney**<br>Michael Bedard<br>26 South Main Street<br>Concord, NH 03301<br>Phone: 603-226-2466<br>Gender: Unknown<br>Court appointed atty. for appeal<br>Active 11/08/1999 Notify | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/07/1997 | 1.0 | Indictment returned |
| 05/20/1997 | 2.0 | Habeas corpus for Deft at Middlesex County Jail (Cambridge) |
| 05/27/1997 | | Appearance of Commonwealth's Atty: Tamagini Jr |
| 05/27/1997 | | Appearance of Deft's Atty: Tvedt |
| 05/27/1997 | | Deft arraigned before Court |
| 05/27/1997 | | RE offense 1: Plea of not guilty |
| 05/27/1997 | | RE offense 2: Plea of not guilty |
| 05/27/1997 | | RE offense 3: Plea of not guilty |
| 05/27/1997 | | Bail set: $50,000 with surety or $5000 cash. Mitts issued (Daniel F Toomey, Justice) |
| 05/27/1997 | 3.0 | Commonwealth files Statement of the Case. Filed in Court |
| 05/27/1997 | 4.0 | Mittimus not recognizing returned with service |
| 05/27/1997 | | Continued until 06/11/97 for pretrial conf. |
| 06/11/1997 | | Continued until 07/11/97 for pretrial conference |
| 07/11/1997 | | Continued until 08/05/97 for pretrial conf. |
| 08/06/1997 | 5.0 | Habeas corpus for Deft at Middlesex County Jail (Cambridge) |
| 08/07/1997 | 6.0 | Pre-trial conference report. Filed in Court |
| 08/07/1997 | | After hearing, Oral motion for reduction of bail is Denied. By the Court, (Neel, J.) |
| 08/07/1997 | | Continued until 08/27/97 for non evidentiary motion |
| 08/27/1997 | 7.0 | Motion by Deft: for discovery, filed in Court and Motion allowed by agreement. By the Court, Isaac Borenstein, Justice. |
| 08/27/1997 | | Continued until 09/25/97 for filing of evidentiary motions(s) |
| 08/28/1997 | 8.0 | Habeas corpus for Deft at Middlesex County Jail (Cambridge) |
| 09/26/1997 | 9.0 | Commonwealth files Responses to Defendant's Requests for Discovery, filed in Court. |
| 10/16/1997 | 10.0 | Bail satisfied: $5,000. (Red # 8265) Surety: Vilma Rodriguez |
| 11/06/1997 | 11.0 | Motion by Deft: To Suppress, filed in Court |
| 11/14/1997 | 12.0 | Writ of Habes Corpus for Cambridge Jail on 11/20/97 |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1997-00900
## Commonwealth v Miranda, Pedro

| Date | Paper | Text |
|---|---|---|
| 11/24/1997 | 13.0 | Writ of Habeas Corpus for Cambridge Jail for 12/18/97 |
| 12/01/1997 | 14.0 | Deft files memorandum in support of motion to suppress, filed in Court |
| 12/18/1997 | | Continued until 01/05/98 for Status |
| 01/05/1998 | 15.0 | Memorandum and order on defendant's motion to suppress, denied. (James F. McHugh, Justice) |
| 01/05/1998 | | Continued until 02/25/98-EM Hearing |
| 01/05/1998 | | Reporter present: Nancy Lowney |
| 02/25/1998 | | Continued until 3/19/98 Motion to Suppress & 5/5/98 Trial |
| 02/25/1998 | | Reporter present: Barbara Marigliano |
| 03/19/1998 | | Sent to Session 3 |
| 03/20/1998 | | Continued until 04/08/98 Motion to Suppress |
| 03/20/1998 | | Reporter present: Barbara Marigliano |
| 05/05/1998 | | Continued until 5/29/98 Motion to Suppress |
| 06/26/1998 | | Sent to Session 3 Motion to Suppress Held |
| 06/26/1998 | | Continued until 06/29/98 Status 12B |
| 01/20/1999 | 16.0 | Deft Files List Of Potential Witnesses |
| 01/20/1999 | 17.0 | Motion by Deft: To Examine Prospective Jurors |
| 01/20/1999 | 18.0 | Commonwealth Files List Of Commonwealth Witnesses |
| 01/21/1999 | | Appearance of Commonwealth's Atty: Stephen Loughlin |
| 01/21/1999 | | Trial By Jury |
| 01/25/1999 | 19.0 | Motion by Deft: 001 For Required Finding Of Not Guilty |
| 01/25/1999 | | Motion (P#19) Heard and Denied (Hiller B Zobel, Justice) |
| 01/25/1999 | 20.0 | Motion by Deft: 002 For Required Finding Of Not Guilty |
| 01/25/1999 | | Motion (P#20) Heard and Denied See Motion (Hiller B Zobel, Justice) |
| 01/25/1999 | 21.0 | Motion by Deft: 003 For Required Finding Of Not Guilty |
| 01/25/1999 | | Motion (P#21) Allowed (Hiller B Zobel, Justice) See Motion |
| 01/25/1999 | | After charge and before deliberation Jurors No. 9 Jennifer Largey and No. 10 Joseph DaSilva were withdrawn from panel, Ch.234A,S44 as amended (Hiller B Zobel, Justice) |
| 01/25/1999 | 22.0 | Request For Jury Instructions |
| 01/25/1999 | | 003 Required finding of not guilty entered by the court. Deft. discharged in open court. (Hiller B Zobel, Justice) |
| 01/25/1999 | 23.0 | 001 & 002 Verdict Slip Guilty -- Offense as charged |
| 01/25/1999 | | RE offense 1: Guilty verdict |
| 01/25/1999 | | RE offense 2: Guilty verdict |
| 01/25/1999 | | RE offense 3: Not guilty finding |
| 01/25/1999 | | Bail increased to $10,000 cash |
| 01/25/1999 | | Bail Warning read in open court |
| 01/25/1999 | | Mittimus issued to Middlesex County Jail (Cambridge) |
| 01/25/1999 | | Continued until 03/01/99 for sentencing |
| 01/25/1999 | | Reporter present: Dan Jacques |
| 01/25/1999 | | Exhibits |
| 01/28/1999 | 24.0 | Motion by Deft: For Required Finding Of Not Guilty Pursuant To Mass.R.Crim.P.25 B(2) Filed In Court |
| 01/28/1999 | 25.0 | Deft Files Transcript Filed in Court as an addendum to motion for |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1997-00900
### Commonwealth v Miranda, Pedro

| Date | Paper | Text |
|---|---|---|
|  | 25.0 | required finding of not guilty paper #20 (MT/AC) |
| 02/03/1999 | 26.0 | Mittimus not recog-indictments returned with service |
| 02/23/1999 | 26.1 | Bail satisfied: $$5000.00 Red # 8679 |
| 02/25/1999 |  | Writ of Habeas Corpus issued to Middlesex County Jail (Cambridge) for 3/1/99 |
| 02/26/1999 | 27.0 | Deft Files Presentencing Memorandum |
| 03/01/1999 | 28.0 | Commonwealth Files Sentencing Memorandum |
| 03/01/1999 |  | Sentence imposed: 001 Billerica House of Correction One day 002 Billerica House of Correction 2 years. This sentence to take effect from and after the expiration of the sentence imposed this day in 97-900-001. (Hiller B Zobel, Justice) |
| 03/01/1999 |  | Sentence credit given as per 279:33A: 156 days |
| 03/01/1999 |  | Victim-witness fee assessed: $60.00 to be paid w/in 6 months |
| 03/01/1999 |  | Sentence stayed until 03/15/99 (Hiller B Zobel, Justice) |
| 03/15/1999 |  | Bail in the Amount of $5000.00 Paid to Surety Red # 8265 Ck #3749 |
| 03/15/1999 |  | Bail in the Amount of $5000.00 Paid Back to Surety Red # 8679 Ck # 3750 |
| 03/15/1999 |  | Stay revoked senteance imposed on 3/1/99 isthis day in full force and effect |
| 03/15/1999 |  | Mittimus issued to Billerica House of Correction |
| 03/15/1999 |  | Attested copy of Indictment to Billerica House of Correction Records |
| 03/15/1999 |  | Abstracts to Registry & MA Criminal Bureau |
| 03/30/1999 | 29.0 | Mittimus Returned To House Of Correction Billerica 001-002 With Service |
| 03/31/1999 | 30.0 | Deft files Notice of Appeal. |
| 04/01/1999 |  | Court Reporter Nancy Singelais is hereby notified to prepare one copy of the transcript of the evidence of 11/20/97-Motion to Suppress hearing. (McHugh, J.). |
| 04/01/1999 |  | Court Reporter Daniel Jacques is hereby notified to prepare one copy of the transcript of the evidence of 11/25/98-motions, 1/20, 21, 22, 25/99-Trial & 3/1/99-Disposition, and anything you may have on this case. |
| 04/02/1999 | 31.0 | Motion by Deft: for appointment of counsel on appeal. |
| 04/02/1999 | 32.0 | Affidavit of indigency filed; |
| 04/23/1999 |  | Victim-witness fee paid as assessed $60 |
| 04/26/1999 | 33.0 | Motion By Deft: To Revise And Revoke |
| 05/13/1999 | 34.0 | Motion by Deft: To Revise And Revoke With An Affidavit Attached |
| 05/27/1999 | 35.0 | Appointment of Counsel Gazzola |
| 06/04/1999 |  | Appearance of Deft's Atty: Gazzola |
| 06/08/1999 |  | Motion (P#34) Memorandum: The within Motion is Denied. (Hiller B Zobel, Justice) Both sides notified |
| 10/28/1999 | 36.0 | Motion To Withdraw as Appellate Counsel |
| 11/08/1999 | 37.0 | Committee for Public Counsel Services appointed Michael Bedard |
| 09/14/2000 | 38.0 | Two sets, two volumes in each set of the transcript of evidence delivered to the office of the Clerk of Courts this day. (11/20 & 21/97-Motion to Suppress, Nancy Singelais, Court Reporter) |

MAS-20040909

10/21/2004
01:27 PM

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR1997-00900
### Commonwealth v Miranda, Pedro

| Date | Paper | Text |
|---|---|---|
| 09/14/2000 | 39.0 | Two sets, five volumes in each set of the transcript of evidence delivered to the office of the Clerk of Courts this day. (11/25/98-motion, 1/20, 21 & 25/99-trial + 3/1/99-Disposition, Daniel Jacques, Court Reporter) |
| 09/14/2000 | 40.0 | Notice of assembly of record: two certified copies of the docket entries, two sets of the transcript of evidence and a list of exhibits sent to the Clerk of the Appeals Court this day. |
| 09/14/2000 | | Notice of assembly of record sent to Michael Bedard, Esq. and Martha Coakley, District Attorney. |
| 09/26/2000 | 41.0 | Notice of Entry: In accordance with Massachusetts rule of appellate procedure 10 (a)(3) please note that the above-referenced case was entered in this court on 9-21-00 |
| 04/12/2002 | 42.0 | Rescript received from Appeals Court; judgment affirmed |



MIDDLESEX, ss. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 25th day of October 2004

Clerk