UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

MOTION TO EXTEND TIME FOR DISCOVERY

Now comes Defendant Pedro Alberto Miranda and moves this Honorable Court to extend the time for serving discovery letters pursuant to Rule 116.3 for thirty (30) days until February 4, 2005. As grounds for this motion, Defendant states that:

1. On November 22, 2004, he was arraigned before the Court charged with conspiracy to distribute a kilogram or more of heroin, along with numerous other Defendants;

2. Since November 22, 2004, the government has provided defense counsel voluminous discovery involving, inter alia, DEA reports, CDs of wire intercepts, and information concerning video surveillance tapes available at the Duplicating Center;

3. Defendant's counsel has not had the opportunity or time to review and digest all of the discovery provided. Additional time is needed to determine whether further discovery is required.

DEFENDANT
By his attorney:
/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street
Boston, MA  02108
(617) 723-7010
BBO #387980