UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

ASSENTED TO MOTION TO EXTEND TIME FOR FILING MOTIONS AND
GOVERNMENT RESPONSE

Now comes Defendant Pedro Miranda and moves this Honorable Court to extend the time for Defendant Pedro Miranda to file motions from April 13, 2005, until May 13, 2005, and, accordingly, to extend the time for filing the Government's response until June 1, 2005.

As grounds for this motion, Defendant Pedro Miranda states that such additional time is required to enable counsel to complete review of voluminous discovery, research law, and to formulate appropriate motions for the Court. Defendant further agrees that the additional time for filing motions shall be excluded for Speedy Trial purposes.

The Government assents to this motion, insofar as it relates to Defendant Pedro Miranda only.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: April 12, 2005