UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA    ) | |
| ) | |

MOTION TO CONTINUE

Now comes Defendant Pedro Miranda and moves this Honorable Court to continue the arraignment and hearing in his case from Friday, April 29, 2005, until Monday, May 2, 2005, at 2:00 p.m.

As grounds for this motion, Defendant states that his counsel has previously scheduled plans to be out of state on April 29, 2005, on personal matters.

                                                    DEFENDANT
                                                    By his attorney

                                                    /s/John F. Palmer
                                                    John F. Palmer
                                                    Law Office of John F. Palmer
                                                    24 School Street, 8th Floor
                                                    Boston, MA 02108
                                                    (617)723-7010
                                                    BBO# 387980

Dated: April 28, 2005