UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |

### MOTION TO PERMIT LATE FILING OF MOTION TO SUPPRESS EVIDENCE (ASSENTED TO)

Now comes Defendant Pedro Miranda and moves this Honorable Court for leave to file late his Motion To Suppress Evidence and accompanying documents, which are submitted herewith.

As grounds for this motion, Defendant states that the motion was due to be filed on May 13, 2005, but that he was unable to complete the motion by that date due to a busy court schedule, and the inability to obtain the affidavit of Paula Llano until May 16, 2005. The Government will not be prejudiced by this brief delay and, in fact, assents to this motion.

DEFENDANT
By his attorney

_____
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Assent:

_____
Denise Jefferson-Casper, AUSA

Dated: May 16, 2005