UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

MOTION TO SUPPRESS EVIDENCE

Now comes Defendant Pedro Miranda and moves this Honorable Court to suppress evidence seized from 212 Wilder Street, Lowell, MA on October 15, 2004, on the grounds that the search and seizure were conducted in violation of Defendant's rights under 18 U.S.C. §3109, and the Fourth Amendment to the Constitution.

In support of this motion, Defendant states as follows:

1. On or about October 15, 2004, agents of the Drug Enforcement Administration executed a search warrant at 212 Wilder Street, 2nd Floor, Lowell, Massachusetts;

2. In their execution of the warrant, the agents failed to knock and announce their presence as is required by statute, 18 U.S.C. §3109, and the Fourth Amendment to the Constitution, but rather forcibly entered the premises;

3. As a result of the unconstitutional manner of entry into the premises, the agents seized evidence, which should be suppressed.

In further support of this motion, there is submitted herewith an Affidavit Of Carlos Colon, an Affidavit Of Paula A. Llano-Orrego, and a Memorandum Of Law In Support Of Motion To Suppress.

DEFENDANT
By his attorney

*/s/ John F. Palmer*

John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: May 16, 2005