UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>PEDRO ALBERTO MIRANDA  )<br>) | CRIMINAL NO. 2004-10336-NMG-02 |

### AFFIDAVIT OF PAULA A. LLANO-ORREGO

I, Paula A. Llano-Orrego do hereby depose as follows:

1. I am a resident at 212 Wilder Street, Apt. No. 2, Lowell, Massachusetts;

2. On or about October 15, 2005, at about 6:03 a.m., I was in the bedroom of my apartment when I heard a sound like a battering ram at the kitchen door;

3. Within a matter of seconds, I heard voices inside the apartment and then the police were inside the bedroom. They took both me and Carlos out of the bedroom and searched the apartment;

4. At no time prior to their breaking the kitchen door down did the police knock at the door or announce their identity.

Signed under the penalties of perjury this 13 day of May, 2005.

_____
Paula A. Llano-Orrego