UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )     CRIMINAL NO. 2004-10336-NMG-02<br>)<br>PEDRO ALBERTO MIRANDA         )<br>_____) | |

### AFFIDAVIT OF CARLOS COLON

I, Carlos Colon, do hereby depose as follows:

1. I am the Defendant who is charged in the above indictment;

2. On October 15, 2005, I was at the residence of Paula Llano-Orrego at 212 Wilder Street, Apt. No. 2, when the police knocked down the door, entered the apartment and searched the apartment;

3. The police did not knock on the door and announce their presence before they broke the through the door.

Signed under the penalties of perjury this /3rd day of May, 2005.

                                                                         X Carlos Colon
                                                                          Carlos Colon