
DRAFT

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA Kevin J. Swift  At: CBI/Lowell, MA | ☐ ☐ ☐ ☐ ☐ | | 6. File ████████████████ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  10/15/04 | |

9. Other Officers: S/A'S Drouin & Grella TFA'S Swift & Holey, Troopers Troy, McDonough and Hunte

10. Report Re: Arrest of Edwin TORRES on October 15, 2004 at 219 Blackbrook Drive, Lowell, MA.

### DETAILS

1. Reference is made to all other DEA 6's under this case number and file title.

2. On October 15, 2004 at approximately 6:00 AM the above personnel arrived at 219 Blackbrook Drive Lowell, MA, to arrest Edwin TORRES on a Conspiracy to distribute heroin indictment out of US District Court Boston, MA. TFA Swift knocked on the door several times and the response to the door was slow. However, after several minutes Elizabeth ALVARADO (dob 12-02-1959) did answer the door. TFA Swift identified himself as the Police and informed ALVARADO that TFA Swift was there to arrest Edwin TORRES. AS TFA Swift was speaking with ALVARADO Trooper Troy, Mc Donough and S/A Drouin made entry into the residence and located TORRES in an upstairs bathroom. As they were approaching, TORRES was in the bathroom and the toilet was flushing. TORRES was arrested and handcuffed without incident. Once downstairs a third occupant of the house was identified as Yasenia TORRES (dob 05-12-1987).

3. Once downstairs, TFA Swift ascertained that TORRES spoke and understood some English. TFA Swift advised TORRES of his MIRANDA Rights and informed that he was under arrest for conspiracy to distribute heroin. S/A Drouin spoke with TORRES, he requested and received verbal consent from TORRES to search TORRES' vehicle (MA reg 55PA09) which was parked outside the apartment. The vehicle was searched and no items were taken as a result of this search. S/A

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  TFA Kevin J. Swift | 13. Date  10-15-2004 |
|---|---|---|
| | 14. Approved (Name and Title)  James M. Connolly  Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001112

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared 10/15/04 | |

Drouin requested and received verbal consent from TORRES to search the upstairs bedroom. Taken as a result of this search were two cellular telephones which were located by the bed in the master bedroom. TFA Swift seized these two cellular telephones and they are identified as follows Exhibit N-25 is described as a black NEXTEL Cellular Telephone with a contact number of 978-265-0079, Exhibit N-26 is described as a black NEXTEL Cellular Telephone with a contact number of 978-479-5937. TFA Swift prepared a DEA 12 and left this receipt at the residence with Elizabeth ALVARADO regarding the seizure of Exhibits N-25 and N-26.

4. TFA Swift also advised TORRES that the rented storage space at the Foundry in Lowell, MA was going to be the subject of a search warrant and requested the keys to this storage space. TORRES denied knowledge of any storage space however Yasenia TORRES stated that the only items in the storage were furniture and clothes that belonged to Elizabeth TORRES. Yasenia TORRES identified a key ring containing keys to the storage area. These keys were then given to TFA Proulx in an attempt to gain entry to this storage area without causing damage.

5. TORRES was afforded the opportunity to make a statement regarding the pending charges however he declined. TORRES was then transported by Lowell Police to initial booking at The Lowell Police Department.

6. After the execution of the search warrant of the storage area, TFA Swift returned the keys to Elizabeth ALVARADO at 219 Blackbrook Drive, Lowell, MA.

## CUSTODY OF EVIDENCE

Exhibit N-25 is described as a black NEXTEL cellular telephone with a contact number of 978-265-0079. Exhibit N-26 is described as a black NEXTEL cellular telephone with a contact number of 978-479-5937. Both of these cellular telephones were seized pursuant to a consent search by TFA Swift from the master bedroom of Edwin TORRES' residence at 219 Blackbrook Drive, Lowell, MA. TFA Swift processed Exhibits N-25 and N-26 into evidence and maintained Exhibits N-25 & N-26 until custody could be transferred to the NEFD Non-Drug Evidence Custodian for safe keeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001113

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮  2. G-DEP Identifier ▮▮▮ |
| | 3. File Title ▮▮▮ |
| 4. Page 3 of 3 | |
| 5. Program Code | 6. Date Prepared 10/15/04 |

**INDEXING**

1. TORRES, Edwin, ▮▮▮

DEA Form - 6a
Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001114

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. ███████ | 4. G-DEP Identifier ███████ |
|---|---|---|---|---|
| 5. By: TFA Brian Proulx<br>At: CBI/TF4<br>Lowell, MA. | ☐<br>☐<br>☐ | | 6. File Title ███████ | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐<br>☐ | | 8. Date Prepared<br>10/18/04 | |

9. Other Officers: MSPT Steve Gondella, Lawrence Detective Mark Rivet, Lowell Detectives Gary Dillon and Tracy Kelly, S/A Dan Genese

10. Report Re: Execution of Federal Search Warrant, Mini Self Storage, 3 Foundry St Lowell MA on 10-15-2004 and the Acquisition of Exhibits N-43 through N-46

**DETAILS**

1. Reference is made to all Reports of Investigation (ROI's) previously written to the above listed Case File Number/Title.

2. On October 15, 2004, at approximately 6:50 am, the above listed officers executed a Federal Search Warrant, issued on October 14, 2004, by U.S. Magistrate Judge Robert B. Collins, District of Massachusetts, for the Mini Self Storage Center, being leased by Edwin TORRES, at 3 Foundry Way Lowell, MA.

3. TFA Kevin Swift seized the keys for the Mini Self Storage from Edwin TORRES during the execution of an arrest warrant. (See DEA arrest 6 written to the case file for Edwin TORRES). TFA Swift relinquished custody of the keys to TFA Proulx. The keys were then used to open the lower double doors of the storage area in building 4b. Also on the key ring, were two keys covered in blue plastic, which fit into a lock that was also covered in blue plastic for storage area J1.

4. The above named officers then searched the Mini Storage Center and seized the following items:

| 11. Distribution:<br>Division NEFD<br>District<br>Other | 12. Signature (Agent)<br><br>TFA Brian Proulx | 13. Date<br>10-18-2004 |
|---|---|---|
| | 14. Approved (Name and Title)<br>James M. Connolly<br>G/S | 15. Date |

DEA Form · 6
(Jul. 1996)
BP

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001115

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | | |
| | 3. File Title | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 10/18/04 | |

| Exhibit #: | Description: |
|---|---|
| N-43 | Seized from inside the lower garage storage area were miscellaneous documents, papers, bills, containing various names, to include Edwin TORRES and Coqui Softball Team by Trooper Gondella. |
| N-44 | Seized from inside storage bin J1, a black Tanita scale model 1479 by TFA Proulx. |
| N-45 | Seized from inside storage bin J1, drug packaging material ( "Its Hot" red devil baggies, sandwich baggies, plastic spoons, and drug wrapping material) by TFA Proulx. |
| N-46 | Seized from inside storage bin J1 was a vanilla envelope containing lease agreement, bills, and miscellaneous paperwork with various names, to include Santos ALVERAZ and Coqui Softball Team by TFA Proulx. |

**INDEXING**

TORRES, Edwin -

ALVERAZ, Santos -

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001116
** TOTAL PAGE.18 **