**U.S. Department of Justice**
Drug Enforcement Administration

**DRAFT**

| REPORT OF INVESTIGATION | | | Page 1 of 3 |
|---|---|---|---|
| 1. Program Code<br>N/A | 2. Cross File   Related Files | 3. File No. | 4. G-DEP Identifier |
| 5. By: S/A Gregg Willoughby<br>At: Boston Fld. Div.<br>CBI - Lowell, MA | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>10/15/04 | |

9. Other Officers: S/A's Steve Story, Timothy Desmond, Russel Prontentis (BICE), Mass. S.P. Lt. Gregory Dern, Sgt. William Canty

10. Report Re: Arrest of Pedro MIRANDA, the execution of ~~search warrant~~ St., Lowell, M~~A~~ ~~and the seizure of~~ exhibits N-47 thru N-51 on 10/15/04.

**DETAILS**

1. On October 14, 2004, U.S. Magistrate Judge Robert B. Collings, District of Massachusetts, issued an arrest warrant for Pedro Alberto MIRANDA, a/k/a Carlos Ruben COLON, a/k/a "TAVO", based on a criminal complaint. U.S.M.J. Collings also issued a search warrant for 212 Wilder Street, 2nd floor, Lowell, Massachusetts (MIRANDA's residence).

2. On October 15, 2004, at approximately 6:05 a.m., the above named officers executed the aforementioned warrants at 212 Wilder Street, 2nd floor in Lowell (hereafter, "MIRANDA's residence"). ~~After knocking and announcing "Police"~~ ~~gained entry into MIRANDA's residence~~. At the time, M~~IRANDA~~ (who identified himself as Carlos COLON) ~~and Paula LLANO-Orrego were identified as the only occupants~~. After the apartment was secured, S/A Willoughby asked MIRANDA what his name was and MIRANDA stated that his name was Carlos COLON and that he was from Puerto Rico. Carlos Ruben COLON was a known alias used by MIRANDA. MIRANDA was then placed under arrest by S/A's Willoughby and Protentis. S/A Willoughby asked MIRANDA if he understood and spoke English and MIRANDA replied, in English, that he did. MIRANDA stated that he spoke and understood English well. S/A Willoughby then read MIRANDA his Constitutional Rights (Miranda Rights), in English and via form FD-395, as witnessed by S/A's Protentis and Story. While reading MIRANDA his rights, S/A Willoughby asked MIRANDA, after each right read, if he understood his rights to which he replied that he did. S/A Willoughby then asked

| 11. Distribution:<br>Division Intel.<br><br>District<br><br>Other   NNDA | 12. Signature (Agent)<br><br>S/A Gregg A. Willoughby | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br><br>G/S James Connolly | 15. Date |

DEA Form -6
(Jul. 1996)
gw

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001093

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. ▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓▓ | |
| 4. Page 2 of 3 | | |
| 5. Program Code<br>N/A | 6. Date Prepared<br>10/15/04 | |

    MIRANDA if he was willing to answer questions and MIRANDA replied that he was not. MIRANDA made no further statements. ~~S/A Willoughby also informed MIRANDA that the agents had a search warrant for the apartment and showed a copy of the warrant to~~ him. MIRANDA, who had stated that LLANO did not speak English, then explained the search warrant to her in Spanish.

3.    The above named officers then searched the apartment and seized the following items:

| Exhibit #: | Description: |
|---|---|
| N-47 | One Samsung/Sprint cellular telephone found on top of the nightstand in MIRANDA's bedroom by S/A Desmond. S/A Willoughby verified that this cell phone was assigned telephone number (978) 408-9075 when he dialed it while in MIRANDA's residence. |
| N-48 | Three cell phones and one charger found in the bottom drawer of the nightstand in MIRANDA's bedroom by S/A Desmond. |
| N-49 | Massachusetts driver's license (Carlos COLON), Social Security card (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 - Carlos COLON), Title for 1988 Mercedes Benz 300E (Julio Carrion SANTIAGO), Town of Shirley, Massachusetts 2004 Excise Tax bill found in the bedroom by S/A Desmond. |
| N-50 | One bottle of Inositol Powder found in the kitchen cupboard by Sgt. Canty. |
| N-51 | Rubber gloves, dust masks, goggles, plastic bags found in kitchen drawer by S/A Willoughby. |

    Also seized were the following: One IBM Tablet Personal Computer (FCC Reg. number: ANOUSA-73055-FA-E; FCC I.D.: ANO2521) and case found in the spare room by S/A Story; miscellaneous documents & bills in different names found in the bedroom by S/A Desmond. However, these

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001094

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 3 of 3 | | |
| 5. Program Code N/A | 6. Date Prepared 10/15/04 | |

items will be returned to MIRANDA, MIRANDA's attorney or LLANO-Orrego (MIRANDA's live-in girlfriend) as soon as possible.

4. At approximately 7:00 a.m., MIRANDA was transported to the Lowell, Massachusetts Police Department, via prisoner transport wagon, where his personal history, fingerprints and photograph were taken by TFA Chavez. Later that morning, MIRANDA was transported to the U.S. District Court in Boston, Massachusetts by an Essex County Sheriff's Department prisoner transport wagon where he was bought before U.S.M.J. Collings for his initial appearance hearing. U.S.M.J. Collings ordered MIRANDA detained pending a hearing scheduled for October 21, 2004.

**CUSTODY OF EVIDENCE**

1. Exhibits N-47 thru N-51, as described in paragraph #3 above, were retained by S/A Gregg Willoughby on October 15, 2004. S/A Willoughby maintained custody of exhibits N-47 thru N-51 until said exhibits were processed as evidence and subsequently turned over to the Non-drug Evidence Custodian of the New England Field Division for safekeeping.

**INDEXING**

1. MIRANDA, Pedro Alberto    -
   A/K/A Carlos Ruben COLON, A/K/A "TAVO".

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.    0000001095