UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>PEDRO MIRANDA                      )<br>) | CRIMINAL NO. 2004-10336-NMG |

MOTION TO CONTINUE HEARING

Now comes Defendant Pedro Miranda and moves this Honorable Court to continue the hearing suppress from October 21, 2005, to November 15, 2005.

As grounds for this motion, Defendant states that undersigned counsel has previous longstanding state vacation during the week of October 17, 2005, through October 24, 2005, and thus counsel will b 21, 2005.

Wherefore, Defendant prays that this motion be allowed and that the hearing on his motion be 15, 2005.

DEFENDANT
By his attorney

/s/John F. Palmer
Law Office of John F. Palm
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 28, 2005