AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

| | |
|---|---|
| United States of America | **SUBPOENA IN A CRIMINAL CASE** |
| **V.** | |
| Pedro Miranda | Case Number:    04cr10336-NMG |

TO:    SA Steve Story, DEA

X    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE . | COURTROOM |
|---|---|
| | 4 |
| United States District Court, Boston, MA. | DATE AND TIME |
| | 11/29/05 10:30a.m. |

☐    YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON | |
| (By) Deputy Clerk | 11-25-05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
John F. Palmer
24 School Street
Boston, MA
617-723-7010

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

|  |  |
|---|---|
| United States of America | **SUBPOENA IN A** |
| **V.** | **CRIMINAL CASE** |
| Pedro Miranda | |
|  | Case Number:    04cr10336-NMG |

TO:    SA Timothy Desmond, DEA

X   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
|  | 4 |
| United States District Court, Boston, MA. | DATE AND TIME |
|  | 11/29/05 10:30a.m. |

☐   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **SARAH A. THORNTON** | 11/28/05 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
John F. Palmer
24 School Street
Boston, MA
617-723-7010

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| | |
|---|---|
| United States of America | |
| **V.** | **SUBPOENA IN A CRIMINAL CASE** |
| Pedro Miranda | |
| | Case Number:    04cr10336-NMG |

TO:    SA Gregg Willoughby DEA

X    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | 4 |
| United States District Court, Boston, MA. | DATE AND TIME |
| | 11/29/05 10:30a.m. |

☐    YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON | |
| (By) Deputy Clerk | 11-28-05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
John F. Palmer
24 School Street
Boston, MA
617-723-7010

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF _____

United States of America

**V.**

Pedro Miranda

### SUBPOENA IN A
### CRIMINAL CASE

Case Number:     04cr10336-NMG

TO:     SA Russell Prontentis, DEA *IPE*

X     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| | 4 |
| United States District Court, Boston, MA. | DATE AND TIME |
| | 11/29/05 10:30a.m. |

☐     YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT  SARAH A. THORNTON | DATE |
|---|---|
| | 11-28-05 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
John F. Palmer
24 School Street
Boston, MA
617-723-7010