AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

United States v. Pedro Miranda

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04cr10336-002

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Bloomer, AUSA | Palmer |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11-29-05 | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| — | | 11/29/05 | | | S.A. Willoughby |
| 1 | | " | ✓ | ✓ | 10-14-04 Arrest Warrant — Miranda |
| 2 | | " | ✓ | ✓ | 10-14-04 Search Warrant 212 Wilder |
| 3 | | " | ✓ | ✓ | blow up of 212 Wilder |
| 4 | | " | ✓ | ✓ | photo of seized items 212 Wilder |
|  | | " | | | MSP Gregory Derr |
|  | | " | | | MSP William Canty |
| 5 | | " | ✓ | ✓ | S.A. Willoughby Report of Investigation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages