

**U.S. Department of Justice**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

29 November 2005

Honorable Nathaniel M. Gorton
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  United States v. Julio Santiago, et al.
     04-10336-NMG

Dear Judge Gorton:

Pursuant to your directive, I have undertaken a diligent search of the U.S. Attorney's files with respect to the above-captioned matter in an effort to locate any and all notes from former Assistant U.S. Attorney Denise Casper pertaining to interviews of any witness who participated in the execution of the search warrant at 212 Wilder Street, Lowell, MA, on October 15, 2004.

Enclosed please find two (2) pages of Ms. Casper's notes relative to discussions she had with Special Agent Gregg Willoughby, Lieutenant Gregory Dern, and Sergeant William Canty. I have also spoken with Ms. Casper on this date. She confirmed that the notes, though somewhat cryptic, pertained to very brief telephone conversations she had with these individuals regarding the execution of the search warrant at 212 Wilder Street while she was preparing her opposition to Defendant Miranda's Motion to Suppress.

I have taken the liberty of redacting specific telephone numbers for the witnesses. Originals are available for

inspection or production if the Court so orders.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:
                                        WILLIAM F. BLOOMER
                                        Assistant U.S. Attorney
                                        (617) 748-3644

cc:   John F. Palmer, Esq.

Encs./

[handwritten notes]

call ▮▮▮ off ▮▮▮
Bill Canty — 1st wk → August
(x Mondays)
— evidentiary hearing

left message — w/ Greg Dern
▮▮▮ — ▮▮▮

- watching on stairs looking up;
- lights on & off in Miranda's apt;
- waiting for 20-30 minutes
- waiting beyond ~~before~~ 6 am

Greg & Bill
- w/ Ram
- through open gate;
  (door into back hall; right into kitchen hall)
- up to stairs

- Greg Dern
  pounding (w/ heavy state police
  knocking loudly — at least ~~25~~ 30 seconds — search
  pounding in loud & clear voice

~~~~~~~

Paula = already searched;
Miranda = in underwear

There for a while

Gregg Willoughby → Greg
Front dr. ~~tot~~ left in by law enf.
[Greg Dem] Rally County

Entry dr → on.
  ↳ back dr →
      off kitchen
      ↓
   knock'g &
   announcing
      ↓
   hear → couldn't
              remember
              exact
  lights on & off →    time
20 minutes  came on & off       ↓
on &        expecting him to    10-20
off         get out            seconds
                                maybe
      ↓
   breached dr.

① - bedrm. →
   ~~I off think I said~~
   ↓ close to kitchen

        [kitchen  500-
         L.R.     600
                  sq. ft.]
         ↑
        Front Dr