## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      **VS.**                         **04-CR-10336-NMG**

**JULIO SANTIAGO, et als**

## <u>MOTION TO CONTINUE</u>

Now comes John F. Cicilline in the above-entitled cause pursuant to 18 USC 3161 (h) (8A), on behalf of:

> Julio Carrion Santiago
> Pedro Alberto Miranda
> Reynaldo Rivera
> Jose Rodriguez
> Carlos Sanchez
> Enrique Agosto
> Luis F. Sanchez
> Edwin Torrez
> Zuleima Reyes
> Juan Nunez
> their counsel and
> William F. Bloomer, Assistant United States Attorney

And moves for a continuance of the trial date to July 17, 2006. All Counsel and all defendants know and agree that the time between March 23, 2006 and July 17, 2006 is excludable, because such a continuance is requested in the interest of justice.

s/_____
John F. Cicilline, Esquire #0433
Attorney for (Julio Santiago)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

## **CERTIFICATION**

I hereby certify that on March 24, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.


RAQUEL GIL