UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

MOTION FOR RECONSIDERATION OF ORDER OF DETENTION

Now comes Defendant Pedro Miranda and moves this Honorable Court to reopen and reconsider its Order of Detention entered on October 22, 2004, on the grounds that there exists information not previously known to Defendant that has a material bearing on the issue whether there are conditions of release that will reasonably assure his appearance and the safety of other persons and the community. See 18 U.S.C. §3142(f).

In support of this motion, Defendant states as follows:

1. The Defendant appeared before the Court on October 21, 2004, for a detention hearing;

2. After the hearing, the Court found probable cause that Defendant committed the offenses charged and also found that Defendant had not met his burden of production of evidence that there are conditions of release which would reasonably assure his appearance and the safety of other persons and the community;

3. The Court, accordingly, ordered the Defendant detained on the basis of presumption of flight and dangerousness. 18 U.S.C. §3142(e);

4. The Defendant has new information to present to the Court including a reputable person in the community who is willing to assume supervision of Defendant as

provided in 18 U.S.C. §3142(c)(B)(i) and execute a bail bond to assure the appearance of Defendant;

5. The Defendant requests a hearing on his motion for reconsideration of order of detention at the earliest opportunity, at which hearing Defendant will present the aforementioned proposal for release to the Court.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: May 4, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on May 4, 2006.

/s/John F. Palmer