```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
         v.                    )
                               )      Criminal No. 04-10336-NMG
JULIO SANTIAGO et al.          )
         Defendants            )
```

**GOVERNMENT'S OPPOSITION TO DEFENDANT PEDRO ALBERTO MIRANDA'S
MOTION FOR RECONSIDERATION OF ORDER OF DETENTION**

The United States Attorney, by and through the undersigned attorney, now responds to the renewed motion of Defendant Pedro Alberto Miranda ("Miranda"), dated May 4, 2006, to reopen and reconsider its Order of Detention entered on October 22, 2004.

The defendant's motion should be denied without a hearing for two reasons: (1) counsel did not confer with the undersigned prosecutor pursuant to Local Rule 7.1(A)(2) before filing this motion, and (2) more important, there has been no showing of a legitimate change in circumstance that would justify release of the defendant at this late stage in the judicial proceedings.

Trial in this case is scheduled for July 17th, or, in the alternative, October 16, 2006.  In his motion for reconsideration, Miranda claims that he has "new information" that has a material bearing on the issue of flight and dangerousness, namely, some unidentified person who is willing to post a bond and assume supervision of him prior to trial.[1]  The government reiterates its position that continued detention of Miranda is warranted –

---

[1] Miranda makes no mention whether the bond this unnamed party is willing to post is secured or unsecured.

particularly where all pretrial motions have been disposed in a manner adverse to the defendant and the only remaining proceeding at this stage is trial on the merits.

On October 22, 2004, Magistrate Judge Collings determined that the defendant posed a danger to the community and a significant risk of flight and that there was no condition or combination of conditions that would reasonably assure his appearance at a future court proceeding or the safety of any other person or the community. Magistrate Judge Collings therefore ordered the defendant detained pending trial under 18 U.S.C. § 3142. The government submits that the discovery of a person willing to post some type of bond just prior to trial does nothing to mitigate Magistrate Judge Collings' detention determination or ameliorate his concerns. In fact, posting a bond at this juncture of the proceedings raises even more serious flight and danger concerns. Indeed, the defendant now realizes the serious nature of the charges against him, the potential penalty he faces if convicted, the government's reliance on confidential informants and undercover officers during the course of the investigation of Miranda and his co-defendants, and that trial on the merits is now inevitable.[2]

For the above-stated reasons, the government respectfully requests that this Court deny the defendant's Motion fo

---

[2] In an effort to facilitate a disposition short of trial, the undersigned attorney sent a letter, dated February 10, 2006, to defense counsel describing in a non-binding fashion the nature of the evidence against Miranda as well as potential sentencing calculations. Miranda now seeks his pretrial release. let

Reconsideration of Order of Detention.

                                    Respectfully submitted,
                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                     By:   /s/William F. Bloomer
                           WILLIAM F. BLOOMER
                           Assistant U.S. Attorney
                           BBO#553104
                           william.bloomer@usdoj.gov
                           (617) 748-3644


## CERTIFICATE OF SERVICE

    I, William F. Bloomer, hereby certify that this document filed through the ECF system on May 12, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.


                                    /s/William F. Bloomer
                                    WILLIAM F. BLOOMER

Date: 12 May 2006