UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

DEFENDANT PEDRO MIRANDA'S MOTION FOR EXAMINATION OF
PROSPECTIVE JURORS

Now comes Defendant Pedro Miranda and moves this Honorable Court to examine prospective jurors or permit the attorneys for the parties to do so to enable the parties to intelligently exercise challenges for cause and peremptory challenges. See Fed. R. Crim. P. 24(a).

Defendant hereby joins in the Co-Defendant Nunez's proposed questions and, in addition, submits additional questions attached hereto.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 12, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 12, 2006.

      /s/John F. Palmer