UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

ADDITIONAL PROPOSED QUESTIONS FOR PROSPECTIVE JURORS

In addition to the questions proposed by Co-Defendant Nunez, Defendant submits the following questions to be asked of prospective jurors:

1. The Defendant is charged in count one of the indictment with a conspiracy to possess heroin with the intent to distribute and to distribute heroin. The Government alleges that the conspiracy occurred from about December 2003 to about October 15, 2004, in various locations in Massachusetts including Lowell, Leominster, Fitchburg and Dracut, and in the Eastern District of New York. It is further alleged that the conspiracy involved at least one kilogram of heroin. Have you read or heard anything about this case in the media? If so, what have you heard or read? Do you regularly read the Boston Globe? The Boston Herald? Or other newspapers? Do you watch the nightly news on T.V. or do you listen to the news on radio? Is there anything about the allegations in this case that would make it difficult for you to be a fair and impartial juror?

2. The Defendant is Hispanic American. Do you have any feelings about or attitudes toward or experiences with Hispanics that might interfere with your ability to be a fair and impartial juror in a case involving alleged drug

distribution? Do you have any other feelings, attitudes, or experiences that might interfere with your ability to be a fair and impartial juror in this case?

        DEFENDANT
        By his attorney

        /s/John F. Palmer
        John F. Palmer
        Law Office of John F. Palmer
        24 School Street, 8th Floor
        Boston, MA 02108
        (617)723-7010
        BBO# 387980

Dated: September 12, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 12, 2006.

        /s/John F. Palmer