UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA ) | |
| ) | |

SECOND MOTION IN LIMINE OF DEFENDANT PEDRO MIRANDA
(Alias)

Now comes the Defendant Pedro Miranda and moves this Honorable Court to preclude the Government from the use during trial (and to strike from the indictment) the name of Pedro Alberto Miranda, and to refer only to his true name of Carlos Colon.

As grounds for this motion, Defendant states that his true name is Carlos Colon, that the reference to the alias, i.e., Pedro Miranda, is immaterial to any issue at trial and is prejudicial to the Defendant. See United States v. Harriston, 329 F. 3d 779, 792 (11th Cir. 2003) (where use of alias is not necessary to identify Defendant in connection with acts charged in indictment, alias should be deleted before indictment is sent to jury).

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 12, 2006

REQUEST FOR HEARING

Defendant hereby requests a hearing on this motion.

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 12, 2006.

/s/John F. Palmer