UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2004-10336-NMG-02 |
| | ) | |
| PEDRO ALBERTO MIRANDA | ) | |
| | ) | |

THIRD MOTION IN LIMINE OF DEFENDANT PEDRO MIRANDA
(Other Crimes, Wrongs, Or Acts)

Now comes Pedro Miranda and moves this Honorable Court to preclude the Government from introducing evidence of other crimes, wrongs, or acts which are irrelevant to the alleged conspiracy. See Fed. R. Evid. 404 (b).

In particular, Defendant requests that the Government be precluded from introducing the following evidence:

1. An alleged intercepted conversation between Defendant and Co-Defendant Santiago on October 1, 2004, in which Defendant says he bought a "hot," i.e., stolen, radio from a friend.

2. An alleged intercepted conversation between Defendant and Co-Defendant Santiago on October 7, 2004, in which Defendant allegedly discusses another court case in which he was involved.

In support of this motion, Defendant states that "[e]vidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith." Fed. R. Evid. 404 (b). "The rule is designed to avoid a danger that the jury will punish the defendant for offenses other than those charged, or at least that it will convict when

unsure of guilt, because it is convinced that the defendant is a bad man deserving of punishment." United States v. Brown, 880 F. 2d 1012, 1014 (9th Cir. 1989) (citation omitted).

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 12, 2006

REQUEST FOR HEARING

Defendant hereby requests a hearing on this motion.

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 12, 2006.

/s/John F. Palmer