UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ


**DEFENDANT'S JUAN NUNEZ'S OBJECTION TO GOVERNMENT'S MOTION PURSUANT TO <u>UNITED STATES V. RENGIFO</u> REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF TAPE RECORDED OF SPANISH CONVERSATIONS**


The defendant Juan Nunez objects to the government's motion pursuant to *Rengifo* because, contrary to what is stated on page 2 of the government's motion,

to wit: "The government has provided drafts of all transcripts prepared to date to the defense.", the defendant has received no transcripts.

          */s/Roger Witkin*
          ROGER WITKIN
          6 Beacon Street, Suite 1010
          Boston, MA 02108
          Tel. 617 523 0027
          Fax 617 523 2024
          BBO No. 531780

DATED:  September 22, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 22, 2006