UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                ) | CRIMINAL NO. 2004-10336-NMG-02 |
| ) | |
| PEDRO ALBERTO MIRANDA         ) | |
| ) | |

FOURTH MOTION IN LIMINE OF DEFENDANT PEDRO MIRANDA
(Fingerprint Expert)

Now comes the Defendant Pedro Alberto Miranda and moves this Honorable Court to preclude the Government from introducing into evidence or referring at trial to proposed testimony of Senior Fingerprint Analyst Michael L. Frayne that Defendant's fingerprints matched fingerprints of one Pedro Alberto Miranda and Pedro Alberto Mairanda previously submitted to DEA in Miami in 1996 and to the FBI in New York in 1997.

As grounds for this motion, Defendant states:

1. On or about September 11, 2006, the Government served Defendant with a document entitled "Government's Supplemental Summary Of Testimony To Be Offered Under Fed. R. Evid. 702" (hereinafter "Supplemental Summary") which notified Defendant for the first time that Senior Fingerprint Analyst, Michael Frayne, would "testify that the fingerprints obtained from Pedro Alberto Miranda, a/k/a Carlos Colon, on October 15, 2004, matched the fingerprints previously submitted by DEA in Miami, FL and U.S. Marshals in Miami, FL in February 1996 under the names Pedro Alberto Miranda and Pedro Alberto Mairanda,

      respectively, and/or fingerprints previously submitted by the FBI in New York, NY in June 1997 also under the names Pedro Alberto Miranda."

2. The "Supplemental Summary" also indicated that the "basis of Senior Fingerprint Analyst Frayne's conclusions stems from an examination and comparison of the inked fingerprints of Pedro Alberto Miranda a/k/a Carlos Colon, obtained by the Lowell Police Department/DEA on October 15, 2004, to the inked fingerprint cards previously submitted by DEA in Miami, FL, and U.S. Marshals in Miami, FL in February 1996 under the names Pedro Alberto Miranda and Pedro Alberto Mairanda, respectively, and/or fingerprints previously submitted by the FBI in New York, NY in June 1997 also under the name Pedro Alberto Miranda."

3. The Government's "Supplemental Summary" of proposed expert testimony fails to comply with the mandate of Rule 16 of the Federal Rules of Criminal Procedure inasmuch as it does not "describe…the bases and the reasons for [the expert's] opinions." The Government's submission is also untimely under the Court's scheduling order requiring that the Government "produce full and complete discovery pursuant to Rule 16 (a) (1) (G), Fed. R. Crim. P. for defendant <u>not less than forty-five (45) working days before trial</u>…" [emphasis in original]. See Report After Initial Status Conference Pursuant To Local Rule 116.5 (A). The trial in this case is scheduled for October 16, 2006; the "Supplemental Summary was provided on September 11, 2006, or twenty-five working days before trial (twenty-six, if Columbus Day is considered a "working day").

4. The proposed testimony of Senior Fingerprint Specialist Frayne is, in any event, inadmissible because it is not relevant to the issues in this case (Rule 401, Fed. R.

Evid.); any "probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence" (Rule 403, Fed. R. Evid.); and such testimony is inadmissible as evidence of other crimes, wrongs, or acts of the Defendant [Rule 404(b), Fed. R. Evid.].  To the extent that the Government seeks to introduce such testimony in order to provide a foundation for expert testimony that drug dealers commonly use aliases, such testimony is inadmissible, in addition, for the reasons set forth in the Fifth Motion In Limine Of Defendant Pedro Miranda (Use Of Alias) which is incorporated herein by reference.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: September 29, 2006

REQUEST FOR HEARING

Defendant hereby requests a hearing on this motion.

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 29, 2006.

/s/John F. Palmer