UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2004-10336-NMG-02 |
| | ) | |
| PEDRO ALBERTO MIRANDA | ) | |
| | ) | |

MOTION OF DEFENDANT PEDRO MIRANDA TO JOIN CO-DEFENDANTS' MOTIONS
AND OPPOSITIONS, AND OBJECTIONS

Now comes Defendant Pedro Miranda and moves this Honorable Court to permit him to join the motions, oppositions, and objections filed by his Co-Defendants, and, in particular, the following pleadings filed to date:

1. Luis Sanchez's Opposition To Government's Motion In Limine Regarding Voice Identification (filed 09/25/2006);

2. Luis Sanchez's Opposition To Government's Motion In Limine Regarding English Language Translations Of Tape Recorded Conversations (filed 09/25/2006);

3. Defendant Juan Nunez's Objection To Government's Motion To Sequester Witnesses And To Request That The Case Agent Be Allowed To Remain In The Courtroom (filed 09/22/06);

4. Defendant [Nunez's] Motion In Limine – "Soft Experts" (filed 08/14/06);

5. Defendant [Santiago's] Objection and Memorandum In Support Of Defendant's [Santiago's] Objection (filed 09/12/06);

As grounds for this motion, Defendant Pedro Miranda states that the issues raised in the pleadings of his Co-Defendants are the same issues that he would raise in separate pleadings and that it is in the interest of judicial economy that he be permitted to join in Co-Defendants' pleadings.

        DEFENDANT
        By his attorney

        /s/John F. Palmer
        John F. Palmer
        Law Office of John F. Palmer
        24 School Street, 8th Floor
        Boston, MA 02108
        (617)723-7010
        BBO# 387980

Dated: September 29, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 29, 2006.

        /s/John F. Palmer