```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | Case No. 04-10336-NMG |
| **PEDRO MIRANDA,** | ) | |
| Defendant | ) | |

### GOVERNMENT'S RESPONSE TO MIRANDA'S OPPOSITION TO MOTION RE PRIOR CONVICTION RE HEROIN TRAFFICKING

On March 23, 2006, this Court set a deadline for motions in limine of four weeks before trial, and responses to such motions three weeks before trial.

The government filed a timely motion in limine to admit evidence of Pedro Miranda's prior heroin trafficking involving co-defendant Julio Santiago on September 15, 2006. Defendant Miranda did not respond to this motion by September 25, 2006, as required by the Court's order. Instead, he delayed more than a week, to October 2, 2006, and then suggested in a footnote (Document 302, page 6) that the government's motion was somehow untimely. Defendant's insinuation is inappropriate, and the footnote should therefore be stricken.

To the extent that defense counsel suggests that the substantive information is a surprise, the government notes that defendant received a copy of his record at his initial appearance, and therefore the information regarding his prior charges from that time. The police reports underlying these charges were equally available to both parties. The government

provided them to Miranda as soon as the government received them. Therefore, Miranda's allegations in this regard are wholly without merit.

With regard to Miranda's response to the substance of the government's motion, the government respectfully asserts that its motion is well-founded: the seizure of drugs and money from Miranda, combined with his call to an unknown conspirator that day to "call the guy with the ponytail . . . and tell him they took the stuff but that I will reimburse him" is highly probative of knowledge, intent, and common plan to distribute heroin in the Lowell area.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:     /s/ Nancy Rue
      William Bloomer
      Nancy Rue
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  /s/ Nancy Rue
                                  Nancy Rue
                                  Assistant U.S. Attorney

Date:     October 3, 2006