UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | Case No. 04-10336-NMG |
| **PEDRO MIRANDA,** ) | |
| Defendant ) | |

**MOTION FOR PROTECTIVE ORDER**

The United States, by and through the undersigned counsel, hereby respectfully moves for a protective order from discovery under 18 U.S.C. § 3500, for information that is not in the possession of the United States.

**I.   Facts**

Pedro Miranda a/k/a Carlos Colon was charged in Middlesex Superior Court with trafficking in heroin and cocaine, stemming from his arrest at 11 Payne Street in Lowell on September 28, 2002. The United States has filed a motion in limine admit testimony regarding the events at issue in this arrest. Persons who are witnesses for the United States in the instant case were likely witnesses before the grand jury in the Middlesex Superior Court matter. The United States sought to obtain transcripts of such testimony from the Middlesex District Attorney's Office, who in turn sought court permission to provide the materials. However, defendant's counsel in that case opposed the motion. Accordingly, counsel for the United States does not have copies of such testimony.

**II.  Argument**

Under the Jencks Act, 18 U.S.C. § 3500, and the rules of this Court, the United States must provide to defense counsel "any statement . . . of [a testifying] witness in the possession of the United States which relates to the subject matter as to which the witness has testified."  18 U.S.C. § 3500(b).

If the United States were in possession of any state grand jury transcripts related to the September 28, 2002 arrest of Pedro Miranda a/k/a Carlos Colon, the United States would produce them under this provision.  However, the United States has been unable to obtain these items, despite its best efforts to obtain them, because defendant objected to their production.  These items are therefore not "in the possession of the United States," as defined in the statute.  Under these circumstances, the United States requests that the Court issue an order protecting the United States from a discovery request demanding production of these items.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                By:    /s/ Nancy Rue
                                    William Bloomer
                                    Nancy Rue
                                    Assistant U.S. Attorney

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>/s/ Nancy Rue</u>  
Nancy Rue  
Assistant U.S. Attorney

Date:    October 12, 2006