CIVIL/CRIMINAL CASE NO: 04cr 10336

TITLE: USA                          VS. Santiago, et al.

## JURY PANEL

01. Lynn Graham        FP
02. Nancy Cole
03. Patricia Luz
04. Renee Phillips        (A1)
05. Dale Ryan        (A2)
06. Candy Lyman
ALT. #1 _____
ALT. #3 _____

07. John Carron
08. Linda Bernard
09. Marco Escalante
10. John Sullivan
11. Patricia Desmarais
12. Silvia Thenson
ALT #2 13. Joseph Ahern
ALT #4 14. Jean Fowler

## WITNESSES

### PLAINTIFF/GOVT.                          DEFENDANT

01. Joseph Jakuttis, Dracut PD
02. Terry Lynson, MSP LT.
03. Felix Figueroa, LPD
04. William Semeraro, LPD
05. Michael Chavez, USPS, Insp.
06. Kevin Frye, DEA SA
07. Glenn Coletti, DEA SA
08. Michael O'Shaughnessy, DEA SA
09. Todd Prough, DEA SA
10. John Jakuboski, MSP
11. James Fay, LPD
12. Gregory Willoughby, DEA
13. Lawrence Giobidoni, ECSD
14. James Tandel Sgt LPD
15. David Joly    (jury&wit.lst 09/92)
16. David Napolitano, MSP
17. Dennis Berron, DEA SA
18. Bryan O'Hara, MSP ret.
19. David Crouse, MSP
20. John Coney, NYPD

01. _____
02. _____
03. _____
04. _____
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____
21. Norm Cordova, SA DEA
22. Felix Cuebas, NYPD
23. James Cepero, MSP