United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIO SANTIAGO, CARLOS COLON,<br>CARLOS SANCHEZ, JOSE RODRIGUEZ<br>AND JUAN NUNEZ,<br><br>Defendants. | Criminal Action No.<br>04-10336-NMG |

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Julio Santiago**

   \_\_\_\_\_ Not Guilty     ✓ Guilty

2. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Colon**

   \_\_\_\_\_ Not Guilty     ✓ Guilty

3. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Sanchez**

   \_\_\_\_\_ Not Guilty     ✓ Guilty

4. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Jose Rodriguez**

   \_\_\_\_\_ Not Guilty     ✓ Guilty

5. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Juan Nunez**

   \_\_\_\_\_ Not Guilty     ✓ Guilty

**If you have answered ALL of the above questions (Questions 1-5) "Not Guilty", proceed to Question 8. Otherwise, answer Question 6.**

6. The conspiracy, of which you have found one or more of the defendants guilty, involved:

   ✓ One or more kilograms of heroin          \_\_\_\_\_ Less than one kilogram of heroin

**If you have answered Question 1 "Guilty", proceed to Question 7. If you have answered Question 1 "Not Guilty", proceed to Question 8.**

7.  On the charge of <u>Possession of Firearms in Furtherance of a Drug Trafficking Crime</u> (Count <u>Seven</u>), Defendant **Julio Santiago**

    \_\_\_\_\_ Not Guilty    \_✓\_ Guilty

8.  On the charge of <u>Possession of Unregistered Firearms</u> (Count Eight), Defendant **Julio Santiago**

    \_\_\_\_\_ Not Guilty    \_✓\_ Guilty

YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 10/27/06    Jury Forewoman: *Lynn Graham*

-3-