UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
          v.                        )     Crim. No. 04-10336-NMG
                                    )
PEDRO ALBERTO MIRANDA (2)           )
a/k/a "TAVO", a/k/a "Carlos Colon" )

**WITHDRAWAL OF INFORMATION FILED PURSUANT TO 21 U.S.C. §851**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby withdraws the Information filed under 21 U.S.C. § 851 in the above-captioned matter to establish the prior drug trafficking conviction of Defendant Pedro Alberto Miranda, a/k/a "TAVO", a/k/a "Carlos Colon."  As grounds therefor, the undersigned states that:

1.   On December 2, 2004, the United States charged by means of Information that the Defendant committed the crime alleged in the above-captioned indictment (04-10336-NMG) after having been previously convicted of the felony drug offenses; specifically, that on or about January 25, 1999, PEDRO ALBERTO MIRANDA was convicted in Middlesex Superior Court (Docket number 1997-00900) of manufacturing, distributing or dispensing a Class A controlled substance (to wit: heroin) in violation of Mass. Gen. L. 94C, §32 and possession of a controlled substance in a school zone in violation of Mass. Gen. L. 94C, §32J.  *See* Docket Entry 92. The Information was predicated on the judgment of conviction corresponding to an individual named Pedro Miranda, with the

same date of birth as the Defendant in the present case.

2.    Since the filing of the §851 Information, the United States

received a copy of the March 28, 1997, booking / arrest

photograph that is associated with this arrest and matches

the date of offenses for which the arrestee was convicted on

January 25, 1999.

3.    A comparison of the Defendant's physical appearance with the

individual depicted in the booking photograph for the

offense charged in Docket number 1997-00900 clearly shows

that the Defendant is <u>not</u> the same individual convicted of

drug offenses in Middlesex Superior Court on January 25,

1999.[1]

Wherefor, in the interest of justice, the government hereby
withdraws the Information filed under 21 U.S.C. § 851 in the
above-captioned matter.

RESPECTFULLY SUBMITTED
MICHAEL J. SULLIVAN
United States Attorney

By:    _/s/ William F. Bloomer_____
WILLIAM BLOOMER
Assistant U.S. Attorney
BBO#553104
william.bloomer@usdoj.gov
(617) 748-3644

---

[1]    For privacy reasons, the government will not attach the photograph
to this pleading, but agrees to bring the photograph of the individual charged
in Middlesex Superior Court, Docket Number 1997-0900, to the sentencing
hearing.  Defense Counsel is presently in possession of this photograph.

## CERTIFICATE OF SERVICE

I, William F. Bloomer, hereby certify that this document filed through the ECF system on January 9, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/William F. Bloomer
WILLIAM F. BLOOMER

Date: 9 January 2007