**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO.: 04-10336-NMG
        v.                  )
                            )
JULIO SANTIAGO, et al.      )
```

**NOTICE OF WITHDRAWAL**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                      By:  */s/: Sharron A. Kearney*
                                SHARRON A. KEARNEY
                                Assistant U.S. Attorney
                                (617) 748-3687

Dated:  January 9, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2007.

                                             */s/: Sharron A. Kearney*
                                             SHARRON A. KEARNEY
                                             Assistant U.S. Attorney