UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2004-10336-NMG-02 |
| | ) | |
| PEDRO MIRANDA, | ) | |
|     Defendant | ) | |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant Pedro Miranda hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction entered on April 9, 2007.

                                                            DEFENDANT
                                                            By his attorney:

                                                            /s/John F. Palmer
                                                            John F. Palmer
                                                            Law Office of John F. Palmer
                                                            24 School Street
                                                            Boston, MA  02108
                                                           (617) 723-7010
                                                           BBO #:  387980

Dated: April 11, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on April 11, 2007.

                                                            /s/John F. Palmer